# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES et al., <br><br> Defendants. | Case No. 2:19-cv-3565-HB |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION TO FILE OPPOSITIONS TO DEFENDANTS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA PURUSANT TO 28 U.S.C. § 1404(a)**

Defendants hereby notify the Court that Defendants do not oppose Plaintiffs request for an extension of their deadline to file oppositions to Defendants' Motion to Transfer Venue to the Northern District of Georgia Pursuant to 28 U.S.C. § 1404(a) to October 21, 2019.

Plaintiffs first requested this extension less than two hours before filing their motion—and only in connection with rejecting *Defendants'* request to extend Defendants' deadlines to respond to Plaintiffs' Complaint until after the Motion to Transfer is decided. Defendants have no objection to a modest extension of Plaintiffs' deadline to oppose transfer, but continue to believe that compelling responses to the Complaint prior to a decision on the Motion to Transfer is unworkable and inefficient, and accordingly have moved for such an extension.[1]  *See* ECF No. 54.

---

[1] The grounds supporting Defendants' request to extend the deadline to respond to the Complaint are set forth in Defendants' separate motion.

Dated: September 27, 2019

Respectfully submitted,

/s/ Kimberly A. LaMania
Kimberly A. LaMaina (ID #88068)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
Wilmington, DE 19801
(302) 651-3000
kimberly.lamaina@skadden.com


Steven C. Sunshine (*pro hac vice* to be filed)
Paul M. Eckles (*pro hac vice* to be filed)
Julia K. York (*pro hac vice* to be filed)
Ryan J. Travers (*pro hac vice* to be filed)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, D.C. 20005
(202) 371-7000 (telephone)
(202) 393-5760 (facsimile)
steven.sunshine@skadden.com
paul.eckles@skadden.com
julia.york@skadden.com
ryan.travers@skadden.com

*Counsel for Defendants Actavis Holdco U.S., Inc., Allergan Finance, LLC (f/k/a Actavis, Inc.), and Teva Pharmaceuticals USA, Inc.*


/s/ Paul H. Saint-Antoine
Paul H. Saint-Antoine (ID #56224)
John S. Yi (ID #318979)
Jennifer Pike (ID #325973)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
paul.saint-antoine@dbr.com
john.yi@dbr.com
jennifer.pike@dbr.com

/s/ Paul H. Saint-Antoine
Paul H. Saint-Antoine (ID #56224)
John S. Yi (ID #318979)
Jennifer Pike (ID #325973)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
paul.saint-antoine@dbr.com
john.yi@dbr.com
jennifer.pike@dbr.com

Jeffrey I. Weinberger (*pro hac vice* to be filed)
Stuart N. Senator (*pro hac vice* to be filed)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
jeffrey.weinberger@mto.com
stuart.senator@mto.com

Rohit Singla
Kyle W. Mach
Justin P. Raphael
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000
rohit.singla@mto.com
kyle.mach@mto.com
justin.raphael@mto.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals, LLC*

/s/ Brain Hagerty
Brian Hagerty (PA Bar No. #321227)
Heidi K. Hubbard
Benjamin M. Greenblum
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.

2

Melinda F. Levitt (*of counsel*)
Gregory E. Neppl (*of counsel*)
Foley & Lardner LLP
3000 K Street NW, Suite 500
Washington, DC 20007
(202) 672-5300
mlevitt@foley.com
gneppl@foley.com

*Counsel for Defendant Besins Healthcare, Inc.*

Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bhagerty@wc.com
hhubbard@wc.com
bgreenblum@wc.com

*Counsel for Par Pharmaceutical, Inc. and Paddock Holdings LLC*

## **CERTIFICATE OF SERVICE**

I certify that, on September 27, 2019, the foregoing document was filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. The document is available for viewing and downloading.

/s/ Paul H. Saint-Antoine