IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KING DRUG CO. OF FLORENCE, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| ABBOTT LABORATORIES, et al. | : | NO. 19-3565 |

ORDER

AND NOW, this 6th day of January, 2020, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for leave to file a surreply in opposition to defendants' motion to transfer venue to the North District of Georgia pursuant to 28 U.S.C. § 1404(a) (Doc. # 75) is GRANTED; and

(2) the motion of defendants to transfer venue to the North District of Georgia pursuant to 28 U.S.C. § 1404(a) (Doc. # 31) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                J.