UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KING DRUG COMPANY OF FLORENCE, INC.**, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>**ABBOTT LABORATORIES, et al.,**<br><br>**Defendants.** | Case No. 2:19-cv-3565-HB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, undersigned counsel respectfully requests that Nicholas Urban be withdrawn as counsel of record in the above-styled action on behalf of Plaintiffs King Drug Company of Florence, Inc., AmerisourceBergen Corp., AmerisourceBergen Drug Corp., Bellco Drug Co., H.D. Smith, LLC, Cardinal Health, Inc., The Harvard Drug Group, L.L.C., McKesson Corporation, J M Smith Corporation d/b/a Smith Drug Company, Burlington Drug Company, Inc., The North Carolina Mutual Wholesale Drug Company, Dakota Drug Inc., Value Drug Company and FWK Holdings, LLC, as he is no longer associated with the law firm Berger Montague PC. Pursuant to Local Civil Rule 5.1(c), attorneys from the firm Berger Montague PC who have previously appeared in this action, including the undersigned, will continue to serve as counsel for Plaintiffs.

1

Dated:  November 30, 2021                          Respectfully submitted,

                                            By:  */s/ David F. Sorensen*
                                                  David F. Sorensen
                                                  BERGER MONTAGUE PC
                                                  1818 Market Street, Suite 3600
                                                  Philadelphia, PA 19103
                                                  (215) 875-3000
                                                  dsorensen@bm.net

*Counsel for Plaintiffs King Drug Company of Florence, Inc., AmerisourceBergen Corp., AmerisourceBergen Drug Corp., Bellco Drug Co., H.D. Smith, LLC., Cardinal Health, Inc., The Harvard Drug Group, L.L.C., McKesson Corporation, J M Smith Corporation d/b/a Smith Drug Company, Burlington Drug Company, Inc., The North Carolina Mutual Wholesale Drug Company, Dakota Drug Inc., Value Drug Company and FWK Holdings, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of November, 2021, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

                                              */s/ David F. Sorensen*
                                              David F. Sorensen