IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG CO. OF FLORENCE, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| ABBOTT LABORATORIES, et al. | : | NO. 19-3565 |

ORDER

AND NOW, this 23rd day of March 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiffs to preclude defendants AbbVie and Besins from relitigating facts and issues decided in FTC v. AbbVie Inc. (Doc. #156) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.