```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KING DRUG CO. OF FLORENCE,      :      CIVIL ACTION
INC., et al.                    :
                                :
        v.                      :
                                :      NO. 19-3565
ABBOTT LABORATORIES, et al.     :
```

ORDER

AND NOW, this 25th day of April 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiffs to compel production of documents responsive to request for production No. 52 (Doc. #188) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                      J.