IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG CO. OF FLORENCE, INC., et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ABBOTT LABORATORIES, et al. | : : | NO. 19-3565 |

FIFTH SCHEDULING ORDER

AND NOW, this 15th day of September 2022, at the request of the parties, it is hereby ORDERED that:

(1) The Fourth Scheduling Order dated September 25, 2022 (Doc. #225) is VACATED.

(2) Any brief in opposition to the motion of plaintiffs for partial summary judgment on objective baselessness (Doc. #222) shall be filed and served on or before October 7, 2022.

(3) Any reply in support of the motion for partial summary judgment shall be filed and served on or before October 28, 2022.

(4) No further extensions will be granted.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.