```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| KING DRUG CO. OF FLORENCE, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| ABBOTT LABORATORIES, et al. | : | NO. 19-3565 |

ORDER

AND NOW, this 19th day of January 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of the plaintiffs[1] for partial summary judgment on objective baselessness (Doc. #222) against defendants AbbVie[2] and Besins[3] is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.

---

1.  Plaintiffs are King Drug Company of Florence, Inc., AmerisourceBergen Corp., AmerisourceBergen Drug Corp., Bellco Drug Co., H.D. Smith, LLC, Cardinal Health, Inc., The Harvard Drug Group, LLC, McKesson Corp., J.M. Smith Corp. (d/b/a Smith Drug Co.), Burlington Drug Co., Inc., The North Carolina Mutual Wholesale Drug Co., Dakota Drug Inc., Value Drug Co., and FWK Holdings, LLC.

2.  "AbbVie" is used here to refer to defendants AbbVie Inc., AbbVie Products LLC (f/k/a Abbott Products LLC f/k/a Abbott Products, Inc. f/k/a Solvay Pharmaceuticals, Inc.), Unimed Pharmaceuticals, LLC (f/k/a Unimed Pharmaceuticals, Inc.) and Abbott Laboratories.

3.  "Besins" is used here to refer to defendant Besins Healthcare, Inc. (f/k/a Laboratoires Besins Iscovesco and Besins-Iscovesco U.S., Inc.).