IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG CO. OF FLORENCE, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 19-3565 |
| ABBOTT LABORATORIES, et al. | : | |

ORDER

AND NOW, this   27th   day of   March 2023, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for the court's in camera review of documents (Doc. #248) is GRANTED;

(2) the plaintiffs shall prepare and provide to the court and the defendants, on or before April 6, 2023, a list of the 100 documents plaintiffs select for the court's review;

(3) the plaintiffs shall use the identification listed in the defendants' log and give each selected document an exhibit number for ease of reference;

(4) the defendants, on or before April 14, 2023, shall transmit paper and digital copies of these

        documents to the court and shall affix the designated exhibit number on each document;

(5) the defendants shall supply the court with the name of the employer or affiliation as well as the title of and description of the position held by the author and recipients of the documents to be reviewed by the court;

(6) the defendants may file, on or before April 24, 2023, a supplemental brief in opposition to the disclosure to plaintiffs of any of the documents which the court will review in camera; and

(7) the plaintiffs may file a responsive brief on or before May 5, 2023.

                                    BY THE COURT:

                                    /s/  Harvey Bartle
                                                                  J.