IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG CO. OF FLORENCE, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 19-3565 |
| ABBOTT LABORATORIES, et al. | : | |

ORDER

AND NOW, this 20th day of July 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of the plaintiffs to compel defendants to produce certain privileged and work-product documents on the ground that the crime-fraud exception applies (Doc. #248) is GRANTED;

(2) defendants shall produce forthwith to plaintiffs Exhibits 1, 2, 15, 21, 24, 29, 30, 31, 32, 39, 61, 62, 66, 86, 91, 93, 96, 99, and 160; and

(3) this order is STAYED for 15 days to provide defendants an opportunity to obtain appellate review.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.