```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KING DRUG CO. OF FLORENCE,     :         CIVIL ACTION
INC., et al.                   :
                               :
           v.                  :
                               :
ABBOTT LABORATORIES, et al.    :         NO. 19-3565
```

### ORDER

AND NOW, this 22nd day of August, 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the Motion of Plaintiffs for Defendants to Make an Election On Their Subjective Beliefs (Doc. #362) is DENIED; and

(2) Defendants may not rely on the advice of counsel with respect to any of the subjects identified in the Plaintiffs' motion.

BY THE COURT:


/s/  Harvey Bartle III
                                              J.