UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KING DRUG COMPANY OF FLORENCE, INC.,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ABBOTT LABORATORIES,** *et al.*,<br><br>Defendants. | Case No. 2:19-cv-3565-HB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties that Plaintiffs King Drug Company of Florence, Inc., AmerisourceBergen Corp., AmerisourceBergen Drug Corp., Bellco Drug Co., H.D. Smith, LLC., Cardinal Health, Inc., The Harvard Drug Group, L.L.C., McKesson Corporation, J M Smith Corporation d/b/a Smith Drug Company, Burlington Drug Company, Inc., The North Carolina Mutual Wholesale Drug Company, Dakota Drug Inc., Value Drug Company and FWK Holdings, LLC voluntarily dismiss with prejudice all claims against Defendants Abbott Laboratories, AbbVie Inc., AbbVie Products LLC f/k/a Abbott Products, LLC f/k/a Abbott Products, Inc. f/k/a Solvay Pharmaceuticals, Inc., Unimed Pharmaceuticals, LLC f/k/a Unimed Pharmaceuticals, Inc, Besins Healthcare, Inc. f/k/a Laboratories Besins-Iscovesco and Besins-Iscovesco U.S., Inc. pursuant to Local Rule of Civil Procedure 41.l(b) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and attorneys' fees.

Date:  January 20, 2025                                               Respectfully submitted,

| | |
|---|---|
| /s/ Bruce E. Gerstein<br>Bruce E. Gerstein<br>Deborah A. Elman<br>Samuel E. Bonderoff<br>GARWIN GERSTEIN & FISHER LLP<br>88 Pine Street, 28th Floor<br>New York, NY 10005<br>Phone: (212) 398-0055<br>bgerstein@garwingerstein.com<br>delman@garwingerstein.com<br>sbonderoff@garwingerstein.com | /s/ David F. Sorensen<br>David F. Sorensen (PA 57766)<br>Ellen T. Noteware (PA 82711)<br>David A. Langer (PA 84394)<br>BERGER MONTAGUE PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Phone: (215) 875-3000<br>dsorensen@bm.net<br>enoteware@bm.net<br>dlanger@bm.net |
| Susan Segura<br>SMITH SEGURA RAPHAEL & LEGER, LLP<br>221 Ansley Boulevard<br>Alexandria, LA 71303<br>(318)445-4480<br>ssegura@ssrllp.com | Peter Kohn<br>Neill W. Clark<br>FARUQI & FARUQI, LLP<br>One Penn Center, Suite 1550<br>1617 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>Phone: (267) 628-5011<br>pkohn@faruqilaw.com<br>nclark@faruqilaw.com |
| Stuart Des Roches<br>Andrew Kelly<br>Dan Chiorean<br>Caroline Hoffmann<br>ODOM & DES ROCHES LLC<br>Poydras Center<br>650 Poydras Street, Suite 2020<br>New Orleans, LA 70130<br>Phone: (504) 522-0077<br>stuart@odrlaw.com<br>akelly@odrlaw.com<br>dchiorean@odrlaw.com<br>choffmann@odrlaw.com | Russell A. Chorush<br>Christopher M. First<br>Carlos I. Ruiz<br>Kyle S. Ruvolo<br>Michael B. Dunbar<br>HEIM PAYNE & CHORUSH LLP<br>609 Main Street, Suite 3200<br>Houston, TX 77002<br>Phone: (713) 221-2000<br>rchorush@hpcllp.com<br>cfirst@hpcllp.com<br>cruiz@hpcllp.com<br>kruvolo@hpcllp.com<br>mdunbar@hpcllp.com |

*Counsel for Plaintiffs King Drug Company of Florence, Inc., AmerisourceBergen Corp., AmerisourceBergen Drug Corp., Bellco Drug Co., H.D. Smith, LLC., Cardinal Health, Inc., The Harvard Drug Group, L.L.C., McKesson Corporation, J M Smith Corporation d/b/a Smith Drug Company, Burlington Drug Company, Inc., The North Carolina Mutual Wholesale Drug Company, Dakota Drug Inc., Value Drug Company and FWK Holdings, LLC*

Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
John P. Bjork
Sperling Kenny Nachwalter, LLC
321 N. Clark, Suite 2500
Chicago, IL 60654
Phone: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
arodriguez@sperlingkenny.com
jbjork@sperlingkenny.com

*Counsel for Plaintiff FWK Holdings, LLC*

/s/ Rohit K. Singla
Rohit K. Singla (admitted *pro hac vice*)
Evan Mann (admitted *pro hac vice*)
Andrew T. Nguyen (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000
rohit.singla@mto.com
evan.mann@mto.com
andrew.nguyen@mto.com

Stuart N. Senator (admitted *pro hac vice*)
Adam R. Lawton (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
stuart.senator@mto.com
adam.lawton@mto.com

Jay P. Lefkowitz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
lefkowitz@kirkland.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals, LLC*

/s/ Melinda F. Levitt
Melinda F. Levitt
Gregory E. Neppl
FOLEY & LARDNER LLP
3000 K Street NW, Suite 500
Washington, DC 20007
(202) 672-5300
mlevitt@foley.com
gneppl@foley.com

*Counsel for Defendant Besins Healthcare, Inc.*

Paul H. Saint-Antoine (ID #56224)
John S. Yi (ID #318979)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
paul.saint-antoine@faegredrinker.com
john.yi@faegredrinker.com

*Counsel for Defendants AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, Unimed Pharmaceuticals, LLC, and Besins Healthcare, Inc*

.

**SO ORDERED:**

---
The Honorable Harvey Bartle, III
United States District Judge